## CHARLES OBERLEY, APPELLANT, v. MARCENA M. DICKINSON AND OTHERS, RESPONDENTS.

APPEAL from a judgment entered upon the verdict of a jury, directed by the court.

Upon the trial of this action, brought by the plaintiff as indorsee of a promissory note, it appeared that he had taken the note from his indorser as security for a debt which had been repaid; the court charged that he could only recover the difference between what he paid the bank on the protest of the note and what he received from his indorser, to which no exception was taken; the plaintiff's counsel requested the court to charge that he was entitled to recover the amount of the note, with interest, which charge the court refused; subsequently the jury, under the direction of the court, found a verdict for $4.31, to which no exception was taken. The General Term *held*, that the plaintiff could not recover the full amount of the note, and that if the verdict was too small, the error

was not presented by any exception taken, and affirmed the judgment.

*Wm. H. Nafis*, for the appellant.

*C. P. Hoffman*, for the respondents.

Opinion by Brady, J.

Davis, P. J., and Daniels, J., concurred.

Judgment affirmed.